UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

PINK PALM PUFF, LTD.,

                     **Plaintiff,**

    - against -

ROSS STORES, INC., ET AL.,

                   **Defendants.**
_____

26-cv-2396 (JGK)

Order

**John G. Koeltl, District Judge:**

As discussed at the telephone conference held today, the defendants' motion to dismiss is due **June 12, 2026.** The plaintiff's response is due **June 29, 2026.** The defendants' reply is due **July 10, 2026.**

In accordance with the Court's Individual Practices, once the motion is fully briefed, the defendants should submit physical courtesy copies of all papers filed in connection with the motion.

SO ORDERED.

Dated:    New York, New York
             May 21, 2026

                                    _____
                                    John G. Koeltl
                              **United States District Judge**