UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PINK PALM PUFF LTD.,
Plaintiff(s)

26 civ 2396 (JGK)

-against-

ROSS STORES, INC., et al,
Defendant(s).
-----------------------------------------------------------X

**ORDER**

The conference scheduled for Thursday, July 30, 2026, at 2:30pm, is canceled.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
July 22, 2026